IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KENNETH THOMAS, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | CIVIL NO. 09-cv-113-GPM |
| vs. | ) | |
| | ) | CRIMINAL NO. 08-cr-30055-GPM |
| UNITED STATES of AMERICA, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Before the Court is Petitioner Kenneth Thomas's motion to vacate sentence, pursuant to 28 U.S.C. § 2255. He filed this motion on February 10, 2009, just two weeks after his direct appeal was filed. *See United States v. Thomas*, Appeal No. 09-1208 (7th Cir., filed Jan. 26, 2009). That appeal remains pending; thus, this action is premature.

Accordingly, this action is **DISMISSED** without prejudice to Thomas filing a new § 2255 motion, if he deems it necessary, but only after resolution of his direct appeal. The filing of this action, therefore, **will not count as Thomas's first § 2255 motion**.

The Clerk shall **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

DATED: 7/24/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge